UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LARRY GRIFFIN-SLEDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:08-cv-992-WTL-TAB |
| ) | |
| U.S. DEPT. OF HOUSING & URBAN ) | |
| DEVELOPMENT ("HUD"), and ) | |
| SHAUN DONOVAN,[1] ) | |
| in his Official Capacity as Secretary of HUD, ) | |
| ) | |
| Defendants, ) | |

## ORDER

This cause is before the Court on its own motion. On July 25, 2008, Plaintiff, along with several other individuals who have now settled their claims, filed a Motion for Emergency Injunctive Relief (Docket No. 7). Subsequently, there was some movement toward a final resolution of this cause and a request to stay the briefing schedule on the motion for preliminary injunction based on a representation that an amended complaint would be filed. On September 4, 2008, the Court granted the request to stay the briefing schedule. *See* Sept. 4, 2008, Order (Docket No. 23). Nearly five months later, an amended complaint has yet to be filed.

Given the pace of the litigation and the failure to file an amended complaint before now, as well as the possibility that the remaining plaintiff and Defendants will reach a settlement, the Court concludes that there is no emergent need for a preliminary injunction. Accordingly, the Court

---

[1] Shaun Donovan recently replaced Steven C. Preston as Secretary of HUD. Therefore, the Court on its own motion substitutes him for Mr. Preston as a defendant in this action pursuant to Federal Rule of Civil Procedure 25(d). The Clerk is **DIRECTED** to make the necessary changes on the Court's docket to reflect this substitution.

now **DENIES** the pending Motion for Emergency Injunctive Relief (Docket No. 7).  The Court's order is without prejudice and Plaintiff may refile a motion seeking injunctive relief, if necessary, after his amended complaint has been filed.

    IT IS SO ORDERED: 01/27/2009

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Distributed to:**

Jeffrey Charles Boulden
INDIANA LEGAL SERVICES
151 N. Delaware Street
Suite 1800
Indianapolis, IN 46204

William Lance McCoskey
UNITED STATES ATTORNEY'S OFFICE
william.mccoskey@usdoj.gov

Debra G. Richards
UNITED STATES ATTORNEY'S OFFICE
debra.richards@usdoj.gov